UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GARAVAGLIA,

    Plaintiff,

v.

COUNTY OF GOGEBIC, et al.,

    Defendants.
_____/

Case No. 2:22-cv-123

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the First Amended Complaint is DISMISSED with prejudice.

This case is closed.

Dated:  March 20, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge